P-Send

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  CV06-4554 DOC(MLGx)                                      Date: October 10, 2006

Title: ERIN BROCKOVICH v. THE ENSIGN GROUP, INC., ET AL.

---

PRESENT:            THE HONORABLE DAVID O. CARTER, JUDGE

　　　Kristee Hopkins　　　                              　　　Not Present　　　
　　　Courtroom Clerk                                       　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

　　　　NONE PRESENT                                   　　　NONE PRESENT

---

PROCEEDING (IN CHAMBERS):   1.   ORDER CONTINUING STATUS CONFERENCE
　　　　　　　　　　　　　　　　　　　　　　RE: CONSOLIDATION
　　　　　　　　　　　　　　　　　　2.   FURTHER ORDER RE: MOTIONS TO DISMISS

   PLEASE TAKE NOTICE that the Status Conference Re: Consolidation presently set October 16, 2006 at 8:30 a.m. is **CONTINUED to October 18, 2006 at** /:30 p.m.

   The Court will hearing oral argument on motions to dismiss for the following cases only:

   SA CV06-0546-DOC(MLGx):    Erin Brockovich -V- Healthsouth Corporation, et. al.,
   SA CV06-0547-DOC(MLGx):    Erin Brockovich -V- Vanguard Health Systems Inc., et. al,
   CV06-4134-DOC(MLGx):       Erin Brockovich -V- Promise Healthcare Inc.
   CV06-4501-DOC(MLGx):       Erin Brockovich -V- HCA Inc., et. al.,
   CV06-4423-DOC(MLGx):       Erin Brockovich -V- Kindred Healthcare Inc., et. al.

   All other motions to dismiss on the related cases remain submitted, including those previously calendared for October 16, 2006.

   The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                         Initials of Deputy Clerk
CIVIL - GEN                                                 Page 1 of 1



DOCKETED ON CM
OCT 1 0 2006
BY         160